AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| LIQUID CAPITAL ENTERPRISES, CORP., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | )   Civil Action No.   26-cv-21854-Moore |
| BAGS ENTERPRISES, LLC d/b/a LIQUIDA CAPITAL, | ) ) ) |
| _Defendant(s)_ | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BAGS ENTERPRISES, LLC d/b/a LIQUIDA CAPITAL
By Serving Registered Agent, Andre Nathanael Dowdell Jr.
777 Brickell Ave 500
Suite 102
Miami, FL  33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Steven Vogel, Dickinson Wright, PLLC, 350 E. Las Olas Boulevard, Suite 1750, Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 20, 2026

_s/ C. A. Weech_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court